FILED
U.S. DISTRICT COURT
2011 APR 14 A 10:02
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL HOBBS THOMPSON, <br><br> Plaintiff, <br><br> vs. <br><br> JEANETT F. SMOKOFF, et al., <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:10-cv-1075 CW-SA <br><br> District Judge Clark Waddoups <br><br> Magistrate Judge Paul M. Warner |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). On March 4, 2011, Judge Warner issued a Report and Recommendation, recommending dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) because the complaint in frivolous.[1] Plaintiff Michael Hobbs Thompson filed no objection to the Report and Recommendation. After review of the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Warner's Report and Recommendation in its entirety. Accordingly, this case is dismissed.

SO ORDERED this 13th day of April, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] Docket No. 22.